UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BROOKS WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, and THE BANK OF MISSOURI d/b/a TOTAL VISA,<br><br>        Defendants. | Case No. 24-cv-01064-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. Nos. 16, 17 |
|---|---|

The plaintiff, by and through his counsel, has advised the Court that he has agreed to a settlement with both defendants in this case.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE as to both defendants, and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: April 18, 2024



WILLIAM H. ORRICK
United States District Judge